

*Francis A. McGurk* for appellant.

*George M. Fanelli, District Attorney (John C. Marbach* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.   [See 300 N. Y. 739.]

LOUIS B. JACOBSON, Respondent, *v.* LUZON LUMBER Co., INC., et al., Appellants.

Argued February 22, 1950; decided March 3, 1950.

*Samuel Penski* for appellants.

*Lazarus I. Levine* and *Leo Salon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 300 N. Y. 754.]

BERNARD COWEN, Appellant, *v.* VIOLA S. STINE, Defendant, and LENORA G. PICKENS, Respondent.

Argued February 22, 1950; decided March 3, 1950.